

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Hermilo Maldonado | ) | |
|     Plaintiff | ) | |
| | ) | Case No: 15 C 3395 |
| v. | ) | |
| | ) | Judge Milton I. Shadur |
| Trujillo & Trujillo Corp., et al. | ) | |
|     Defendant | ) | |

### ORDER

Status hearing held. Motion hearing set for 7/30/2015 is stricken. Joint motion for approval of settlement agreement [14] is granted. The Court hereby approves the Agreement and the terms set forth therein as being fair, reasonable and adequate. Plaintiff Hermilo Maldonado claims in this lawsuit against Defendants are initially dismissed without prejudice, until August 31, 2015, with each party to bear its own costs subject to the terms of the Agreement. Unless Plaintiff files a motion to reinstate the lawsuit for failure to comply with the terms of the Agreement on or before August 31, 2015, then the dismissal shall automatically convert to be a dismissal with prejudice without any further action by the parties or the Court. If Plaintiff files a motion to reinstate, it shall be solely for the purpose of enforcing the Agreement. Enter Joint Proposed Order.

Date: 7/28/2015                       /s/ Judge Milton I. Shadur

00:10